NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5075

MICHAEL KAWA,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-448,
Judge George W. Miller.

ON MOTION

## O R D E R

The court notes that the parties have not filed a status report.

The court's May 29, 2009 order directed the parties to file a status report within 45 days of the order if no action had been taken by the United States Court of Federal Claims with respect to Michael Kawa's Fed. R. Civ. P. 60(b) motion.

Upon consideration thereof,

IT IS ORDERED THAT:

Kawa is directed to file a status report within 14 days of the date of filing of this order and every 30 days thereafter. The United States may also respond within that time.

FOR THE COURT

JUL 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK

cc: Joseph A. Camardo, Jr., Esq.
Leslie Cayer Ohta, Esq.

s17